UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NYKAZA, STANLEY NICK § Case No. 10-43433
NYKAZA, DIANE ROSE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          U.S. Bankruptcy Court
          DIrksen Federal Building
          219 S. Dearborn St.
          Room 713
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/11/2011 in Courtroom 619,

          United States Courthouse
          219 S. Dearborn
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NYKAZA, STANLEY NICK § Case No. 10-43433
NYKAZA, DIANE ROSE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,255.25 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,255.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ 1,475.53 | $ 0.00 | $ 1,475.53 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,475.53 |
| Remaining Balance | | $ | 5,779.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,103.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,345.05 | $ 0.00 | $ 1,105.14 |
| 000002 | Chase Bank USA, N.A. | $ 28,207.88 | $ 0.00 | $ 3,013.39 |
| 000003 | Chase Bank USA, N.A. | $ 487.51 | $ 0.00 | $ 52.08 |
| 000004 | Chase Bank USA, N.A. | $ 1,540.61 | $ 0.00 | $ 164.58 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 552.05 | $ 0.00 | $ 58.97 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 1,832.36 | $ 0.00 | $ 195.75 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 9,875.06 | $ 0.00 | $ 1,054.93 |
| 000008 | GE Money Bank | $ 1,262.57 | $ 0.00 | $ 134.88 |

Total to be paid to timely general unsecured creditors   $ 5,779.72

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Stanley Nick Nykaza  
Diane Rose Nykaza  
    Debtors

Case No. 10-43433-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: gbeemster      Page 1 of 2      Date Rcvd: Jul 05, 2011  
                     Form ID: pdf006      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2011.

```
db/jdb     +Stanley Nick Nykaza,   Diane Rose Nykaza,    18458 Willow Lane,    Lansing, IL 60438-3372
aty        +Dale A Riley,   Geraci Law L.L.C.,   55 E. Monroe St., Suite #3400,    Chicago, IL 60603-5920
aty        +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
aty        +Juan M Villalpando,   Geraci Law L.L.C.,   55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
tr         +Robert B Katz, ESQ,   Law Offices Of Robert B Katz,   53 West Jackson Blvd,   Suite 1320,
             Chicago, IL 60604-4174
16199149   +ASFS,   Attn: Bankruptcy Dept.,    200 Renaissance Ctr,   Detroit, MI 48243-1300
16199166   +Blatt, Hasenmiller, Leibsker,   10 M1 142135,    125 S. Wacker Dr. Suite 400,
             Chicago, IL 60606-4440
16199153   +CHASE,    Attn: Bankruptcy Dept.,   Po Box 15298,    Wilmington, DE 19850-5298
16199148   +CHASE,    Attn: Bankruptcy Dept.,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
16199164   +CITI,    Attn: Bankruptcy Dept.,   Po Box 6241,    Sioux Falls, SD 57117-6241
16703850    Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
16199171   +Chase Home Finance,   Bankruptcy Department,    PO Box 24696,    Columbus, OH 43224-0696
16199157   +Clerk, First Mun Div,    09 M1 192073,    50 W. Washington St., Rm. 1001,    Chicago, IL 60602-1316
16199169   +Clerk, First Mun Div,    09 M1 192109,    50 W. Washington St., Rm. 1001,    Chicago, IL 60602-1316
16199165   +Clerk, First Mun Div,    10 M1 142135,    50 W. Washington St., Rm. 1001,    Chicago, IL 60602-1316
16199162   +Clerk, First Mun Div,    10 M1 156767,    50 W. Washington St., Rm. 1001,    Chicago, IL 60602-1316
16199150   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16199151   +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16199177   +Field Surgical Associates,    Attn: Bankruptcy Dept.,    71 W. 156th St.,   Suite 309,
             Harvey, IL 60426-4264
16199163   +Freedman Anselmo Lindberg &,    10 M1 156767,    PO Box 3216,    Naperville, IL 60566-7216
16199161   +HSBC/Mnrds,   Attn: Bankruptcy Dept.,    90 Christiana Rd,    New Castle, DE 19720-3118
16199173   +IDES,   Bankruptcy Department,    PO Box 4385,    Chicago, IL 60680-4385
16199174   +Ingalls Memorial Hospital,    Bankruptcy Department,    1 Ingalls Drive,    Harvey, IL 60426-3558
16199160   +Mcydsnb,   Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
16199158   +Michael D. Fine,    09 M1 192073,   131 S. Dearborn St., floor 5,    Chicago, IL 60603-5571
16199170   +Michael D. Fine,    09 M1 192109,   131 S. Dearborn St., floor 5,    Chicago, IL 60603-5571
16199176   +Monroe Medical Associates,    Attn: Bankruptcy Dept.,    P.O. Box 3419,    Munster, IN 46321-0419
16894626   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
16199154   +Sears/CBSD,   Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
16199172   +St. Ann Religious Education,    Attn: Bankruptcy Dept.,    3010 Ridge Road,
             Lansing, IL 60438-3020
16199152   +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16672095    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:36     Discover Bank,
             Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
16199167   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:36     Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17125039    E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:39     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16199155   +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2011 23:49:38     GEMB/JCP,   Attn: Bankruptcy Dept.,
             Po Box 984100,    El Paso, TX 79998-4100
16199175   +Fax: 847-227-2151 Jul 05 2011 23:47:23     Medical Recovery Specialists,    Bankruptcy Department,
             2250 E. Devon Ave., Ste. 352,    Des Plaines, IL 60018-4521
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16199156*    +CHASE,    Attn: Bankruptcy Dept.,   Po Box 15298,    Wilmington, DE 19850-5298
16199168*    +CHASE,    Attn: Bankruptcy Dept.,   Po Box 15298,    Wilmington, DE 19850-5298
16199159*    +Sears/CBSD,   Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: gbeemster             Page 2 of 2             Date Rcvd: Jul 05, 2011
                              Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**          **Signature:** _Joseph Speetjens_