UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NYKAZA, STANLEY NICK | § | Case No. 10-43433 |
| NYKAZA, DIANE ROSE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Robert B. Katz _____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ASFS Attn: Bankruptcy Dept. 200 Renaissance Ctr Detroit MI 48243 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 CHASE Attn: Bankruptcy Dept. 10790 Rancho Bernardo Rd San Diego CA 92127 | | | | | |
| | 3 Chase Home Finance Bankruptcy Department PO Box 24696 Columbus OH 43224 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 10 HSBC/Mnrds Attn: Bankruptcy Dept. 90 Christiana Rd New Castle DE 19720 | | | | | |
| | 11 IDES Bankruptcy Department PO Box 4385 Chicago IL 60680 | | | | | |
| | 12 Ingalls Memorial Hospital Bankruptcy Department 1 Ingalls Drive Harvey IL 60426 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 14 Medical Recovery Specialists Bankruptcy Department 2250 E. Devon Ave., Ste. 352 Des Plaines IL 60018 | | | | | |
| | 15 Monroe Medical Associates Attn: Bankruptcy Dept. P.O. Box 3419 Munster IN 46321 | | | | | |
| | 16 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 17 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 18 St. Ann Religious Education Attn: Bankruptcy Dept. 3010 Ridge Road Lansing IL 60438 | | | | | |
| | 19 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 4 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 5 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 8 Field Surgical Associates Attn: Bankruptcy Dept. 71 W. 156th St. Harvey IL 60426 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 GEMB/JCP Attn: Bankruptcy Dept. Po Box 984100 El Paso TX 79998 | | | | | |
| | Blatt, Hasenmiller, Leibsker 10 M1 142135 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | Clerk, First Mun Div 09 M1 192073 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div 09 M1 192109 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div 10 M1 142135 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div 10 M1 156767 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Freedman Anselmo Lindberg & 10 M1 156767 PO Box 3216 Naperville IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael D. Fine 09 M1 192073 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| | Michael D. Fine 09 M1 192109 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | GE MONEY BANK | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-43433 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | NYKAZA, STANLEY NICK | | | Date Filed (f) or Converted (c): | 09/28/10 (f) |
| | NYKAZA, DIANE ROSE | | | 341(a) Meeting Date: | 12/07/10 |
| For Period Ending: | 05/24/11 | | | Claims Bar Date: | 04/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18458 Willow Lane Lansing, IL 60438 - (Debtors pri | 136,000.00 | 0.00 | | 0.00 | FA |
| 2. Inheritance residence. Recently deceased father le | 7,255.00 | 7,255.00 | | 7,255.00 | FA |
| 3. First National Bank checking account xxx8223 | 100.00 | 0.00 | | 0.00 | FA |
| 4. First National Bank savings account | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Books, Compact Discs, Tapes/Records, Family Pictur | 40.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 8. Earrings, watch, costume jewelry | 80.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401k Retirement Fund - 100% Exempt. | 48,189.00 | 0.00 | | 0.00 | FA |
| 11. 2010 IRS refund | 1,995.00 | 0.00 | | 0.00 | FA |
| 12. ASFS - 2005 Toyota Camry with 75,000 miles | 6,500.00 | 0.00 | | 0.00 | FA |
| 13. 1999 Dodge Dakota with 138,000 miles | 625.00 | 0.00 | | 0.00 | FA |
| 14. 1992 Buick LeSabre with 175,000 miles | 200.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.13 | Unknown |

TOTALS (Excluding Unknown Values) $206,084.00 $7,255.00 $7,255.13

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has demanded and awaits receipt of amended inherited funds in excess of amended exemptions.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 16.02b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-43433 -JPC | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | NYKAZA, STANLEY NICK | Bank Name: | BANK OF AMERICA |
| | NYKAZA, DIANE ROSE | Account Number / CD #: | *******2172 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4998 | | |
| For Period Ending: | 10/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/11 | 2 | Stanley & Siane Nykaza | Funds in excess of exemptions. | 1110-000 | 7,255.00 | | 7,255.00 |
| 02/28/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 7,255.01 |
| 03/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,255.07 |
| 04/29/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,255.13 |
| 05/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,255.19 |
| 06/30/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,255.25 |
| 07/29/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,255.31 |
| 08/15/11 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 7,255.34 |
| 08/15/11 | | Transfer to Acct #*******2266 | Final Posting Transfer | 9999-000 | | 7,255.34 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 7,255.34 | 7,255.34 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 7,255.34 | |
| Subtotal | | 7,255.34 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 7,255.34 | 0.00 | |

Page Subtotals          7,255.34        7,255.34

Ver: 16.04c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-43433 -JPC |
| Case Name: | NYKAZA, STANLEY NICK |
| | NYKAZA, DIANE ROSE |
| Taxpayer ID No: | *******4998 |
| For Period Ending: | 10/21/11 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2266  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/11 | | Transfer from Acct #*******2172 | Transfer In From MMA Account | 9999-000 | 7,255.34 | | 7,255.34 |
| 08/15/11 | 000101 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604 | Chapter 7 Compensation/Fees | 2100-000 | | 1,475.51 | 5,779.83 |
| 08/15/11 | 000102 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 10.68298% | 7100-000 | | 1,105.16 | 4,674.67 |
| 08/15/11 | 000103 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 10.68301% | 7100-000 | | 3,013.45 | 1,661.22 |
| 08/15/11 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 10.68286% | 7100-000 | | 52.08 | 1,609.14 |
| 08/15/11 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 10.68278% | 7100-000 | | 164.58 | 1,444.56 |
| 08/15/11 | 000106 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000005, Payment 10.68381% | 7100-000 | | 58.98 | 1,385.58 |
| 08/15/11 | 000107 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000006, Payment 10.68294% | 7100-000 | | 195.75 | 1,189.83 |
| 08/15/11 | 000108 | PYOD LLC its successors and assigns as assignee of | Claim 000007, Payment 10.68297% | 7100-000 | | 1,054.95 | 134.88 |
| | | | Page Subtotals | | 7,255.34 | 7,120.46 | |

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-43433 -JPC | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | NYKAZA, STANLEY NICK | Bank Name: | BANK OF AMERICA |
| | NYKAZA, DIANE ROSE | Account Number / CD #: | *******2266 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4998 | | |
| For Period Ending: | 10/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/11 | 000109 | Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 10.68297%<br>(8-1) JCPENNEY CREDIT SERVICES | 7100-000 | | 134.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,255.34 | 7,255.34 | 0.00 |
| Less: Bank Transfers/CD's | 7,255.34 | 0.00 | |
| Subtotal | 0.00 | 7,255.34 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,255.34 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2172 | 7,255.34 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********2266 | 0.00 | 7,255.34 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,255.34 | 7,255.34 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz   Date: 10/21/11
ROBERT B. KATZ

Page Subtotals    0.00    134.88

Ver: 16.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*